**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF DECEMBER 1, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------------

| WD77829 | Woodrow Dillard, Jr. vs. State of Missouri |
| WD77961 | Russell Charles Young vs. Shirley Ann Young |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------------

| WD77900 | State of Missouri vs. Domionte Sjornell Cheatum |
| WD78174 | State of Missouri vs. Lawrence E. Stewart |